UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| ROBERT N. MICHAELSON, solely in his capacity AS CREDITOR TRUSTEE OF THE FEGS CREDITOR TRUST,<br><br>                       Plaintiff,<br><br>vs.<br><br>DISTINCTIVE WORKFORCE SOLUTIONS | Adv. Case No. 17-08054 (REG) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                     )
COUNTY OF NEW YORK  )

    I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

    On October 11, 2018, I caused the *Notice of Hearing on the Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 1117] to be served on the attached service list.

                                                                           */s/ La Asia S. Canty*
                                                                           La Asia S. Canty

**NOTICE OF ELECTRONIC FILING (NEF)**

- Esther Adzhiashvili   esther.adzhiashvili@skadden.com
- Jonathan Mark Agudelo   jonathan.agudelo@ropesgray.com
- Colin B. Albaugh   albaugh.colin@pbgc.gov, efile@pbgc.gov
- Richard F Artura   bankruptcy@pwqlaw.com, paper9@aol.com
- Christopher S Baluzy   cbaluzy@carykane.com
- Ryan J Barbur   rbarbur@levyratner.com, rbarbur@levyratner.com
- Jonathan M Bardavid   jonathan@tfsllp.com
- Andrew R. Beatty   andrew.beatty@skadden.com
- Jarrett M Behar   jbehar@skmlaw.net
- Camille C. Bent   cbent@bakerlaw.com, bhlitdocket@bakerlaw.com
- Leslie A Berkoff   lberkoff@moritthock.com
- Adam T Berkowitz   aberkowitz@garfunkelwild.com, ehuggler@garfunkelwild.com
- James L Bernard   jbernard@stroock.com, docketing@stroock.com
- Daniel B Besikof   dbesikof@loeb.com
- Laureve D Blackstone   lblackstone@levyratner.com
- William P Caffrey   wcaffrey@hmylaw.com, lmaxson@hmylaw.com;kcastellan@hmylaw.com
- Larry Cary   lcary@carykane.com
- Melissa Sy Chan   mchan@carykane.com, ghewitt@carykane.com
- Jeffrey C Chancas   jchancas@borahgoldstein.com
- David M Cheifetz   dcheifetz@stroock.com
- Seth M Choset   schoset@wgplaw.com
- Kieran J Conlon   kconlon@ryanconlon.com
- Dominic T D'Ascoli   calendar@brkblaw.com
- Joaquin C. De Baca   jcdebaca@mayerbrown.com
- Stephen A Donato   sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com
- Thomas A Draghi   tdraghi@westermanllp.com, mhennessy@westermanllp.com
- Dean Dreiblatt   ddreiblatt@roseandroselaw.com
- Robert J Feinstein   rfeinstein@pszjlaw.com
- Louisa A Fennell   fennell.louisa@pbgc.gov, efile@pbgc.gov
- Jerold C Feuerstein   jfeuerstein@kandfllp.com, jleibowitz@kandfllp.com;litigation@kandfllp.com;rlau@kandfllp.com
- Melanie A FitzGerald   MFitzgerald@lhmlawfirm.com
- Jonathan L Flaxer   jflaxer@golenbock.com, mweinstein@golenbock.com;jsavitsky@golenbock.com
- Daniel F Flores   daniel.flores@wilsonelser.com
- Stephen M Forte   sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Edward M Fox   emfox@seyfarth.com
- Stuart P Gelberg   spg@13trustee.net
- Eric S. Goldstein   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Christopher F Graham   cgraham@eckertseamans.com
- Arnold Mitchell Greene   amg@robinsonbrog.com, rms@robinsonbrog.com;ls@robinsonbrog.com;cy@robinsonbrog.com;nfm@robinsonbrog.com
- Eric J Haber   ehaber@cooley.com
- Michael D. Hamersky   mhamersky@grifflegal.com
- Carrie V Hardman   chardman@winston.com
- Joseph J Haspel   jhaspel@haspellaw.net, leslie@haspellaw.net
- Matthew B Heimann   mheimann@mccarter.com
- Mickee M. Hennessy   mhennessy@westermanllp.com
- Suzanne Hepner   shepner@levyratner.com, rbarbur@levyratner.com;jcisneros@levyratner.com;lblackstone@levyratner.com;klehmann@levyratner.com
- Gary F. Herbst   gh@lhmlawfirm.com
- Claude Michael Higgins   michael.higgins@ag.ny.gov
- Randall Hirsch   rhirsch@wiesnerfirm.com
- Marie Polito Hofsdal   marie.hofsdal@wilsonelser.com
- Eric H Horn   ehorn@vogelbachpc.com, vb@vogelbachpc.com
- Robert J. Howard   rhoward@riklawfirm.com
- Roland Gary Jones   rgj@rolandjones.com, pacer.rolandjones@gmail.com

- Zachary B Kass   zkass@law.nyc.gov
- Dov Kesselman   dkesselman@seyfarth.com
- Denis J Kiely   dkiely@kielyllp.com
- Taylor Dorn Kopelan   tdk@dhclegal.com
- Ethan Krasnoo   ekrasnoo@rpllaw.com
- Geri S. Krauss   gsk@kraussny.com
- Ryan Lawlor   rlawlor@msllegal.com
- Mark G Ledwin   mark.ledwin@wilsonelser.com
- Stephen D Lerner   stephen.lerner@squirepb.com
- Michael J Levin   mlevin@hinshawlaw.com, mfaynshtayn@simonlawyers.com
- Michael J Levin   mlevin@simonlawyers.com, mfaynshtayn@simonlawyers.com
- Edward J LoBello   elobello@msek.com
- Gerard R Luckman   GLuckman@SilvermanAcampora.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
- Michael G McAuliffe   mgmlaw@optonline.net
- Benjamin Patrick McCallen   bmccallen@willkie.com, maoebny@willkie.com
- Lori M Meyers   lmeyers@seyfarth.com
- Mark H. Moore   mmoore@rpl-law.com
- Scott D Musoff   scott.musoff@skadden.com
- David Neier   dneier@winston.com, dcunsolo@winston.com
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Frank A Oswald   frankoswald@teamtogut.com, dcahir@teamtogut.com;dperson@teamtogut.com;adeering@teamtogut.com;apirraglia@teamtogut.com
- Douglas J Pick   dpick@picklaw.net, ezabicki@picklaw.net
- Thomas A Pitta   tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
- Constantine D Pourakis   cp@stevenslee.com, cp@stevenslee.com
- Kristin E Richner   kristin.richner@squiresanders.com
- Michael John Riela   riela@thsh.com
- Yenisey Rodriguez-McCloskey   yenisey@rodriguezmccloskey.com
- Kara M Rosen   krosen@ekjlaw.com
- Mark A Salzberg   mark.salzberg@squirepb.com
- Marc A Samuel   mas@msamuelpc.com
- Ilan D Scharf   ischarf@pszyjw.com
- Thomas J Schell   tjschell@bryancave.com, dortiz@bryancave.com
- Lewis W Siegel   lws@lwsesq.com
- Edward A Smith   easmith@sbjlaw.com
- S Stewart Smith   ssmith@bbwg.com
- Robin Spigel   rspigel@willkie.com, maoebny@willkie.com
- Henry G Swergold   hswergold@platzerlaw.com
- Domenick J Tammaro   dtammaro@sbjlaw.com
- Thomas Torto   tomtorto@aol.com, ttorto@tortolaw.com
- United States Trustee   USTPRegion02.LI.ECF@usdoj.gov
- Veronique Anne Urban   vurban@farrellfritz.com
- Elizabeth Vladeck   lvladeck@carykane.com
- Peter A Walker   pwalker@seyfarth.com
- Grayson T Walter   gwalter@bsk.com, kdoner@bsk.com;lfelicia@bsk.com
- David H Wander   dhw@dhclegal.com
- Gilbert B Weisman   notices@becket-lee.com
- Burton S Weston   bweston@garfunkelwild.com, ehuggler@garfunkelwild.com;ashah@garfunkelwild.com;aberkowitz@garfunkelwild.com
- Latonia C Williams   lwilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Matthew Cory Williams   mwilliams@fmdlegal.com, thart@fmdlegal.com,pmartin@fmdlegal.com,cbellner@fmdlegal.com
- Jamila Willis   Jamila.Willis@dlapiper.com, jamila-willis-6144@ecf.pacerpro.com
- Gary Yale Wirth   gwirth@wirthlawfirm.com
- Lee E Woodard   bkemail@harrisbeach.com, ktompsett@harrisbeach.com;kgriffith@harrisbeach.com;frichenberg@harrisbeach.com
- Stan Y Yang   stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
- Eric C Zabicki   dpick@picklaw.net, ezabicki@picklaw.net
- Rosalie G Zuckerman   zuckermanr@coned.com

**SERVED BY UNITED STATES MAIL**:

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: STAN Y. YANG, ESQ.
ALFONSE M. D'AMATO U.S. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

**SERVED BY EMAIL**

MARC A SAMUEL
MAS@MSAMUELPC.COM