UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>           Debtor.<br>_____<br><br>ROBERT N. MICHAELSON, solely in his<br>capacity AS CREDITOR TRUSTEE OF THE<br>FEGS CREDITOR TRUST,<br><br>           Plaintiff,<br><br>vs.<br><br>DISTINCTIVE WORKFORCE SOLUTIONS,<br><br>           Defendant. | Chapter 11<br><br>Case No. 15-71074 (REG)<br><br><br>Adv. Proc. No. 17-08054 (REG) |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| COUNTY OF NEW YORK | ) |

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On October 11, 2018, I caused the *Notice and Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 28] to be served on the attached service list.

Please note that the *Notice of Hearing on the Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 1117 in Bankruptcy Case No. 15-71074] and the related certificate of service [Docket No.

30] evidencing that notice of hearing and the opportunity to object was given to all creditors in

Bankruptcy Case No. 15-71074, were also filed.


_/s/ La Asia S. Canty_
La Asia S. Canty

**SERVED BY UNITED STATES MAIL**:

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: STAN Y. YANG, ESQ.
ALFONSE M. D'AMATO U.S. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

**SERVED BY EMAIL**

MARC A SAMUEL
MAS@MSAMUELPC.COM